UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL PERRY,

Plaintiff,

CASE NO.: 6:07-cv-01755-PCF-KRS

v.

MODERN HOMETECH, INC., and
SCOTT TYRRELL,

Defendants.
_______________________________/

**VERIFIED SUMMARY**

Defendants, MODERN HOMETECH, INC., and SCOTT TYRRELL, by and through undersigned counsel, hereby provide the following Verified Summary of all hours worked by Plaintiff during each relevant pay period, the rate of pay and wages paid, including overtime pay, and state:

1. I, Scott Tyrrell, am over eighteen years of age, and either have personal knowledge of the facts set forth in this Verified Summary or have obtained such knowledge from a review of the relevant records made and maintained by Defendant in the course of its regularly conducted business. The facts stated herein are true.

2. Plaintiff, MICHAEL S. PERRY, was paid on a weekly basis.

3. Plaintiff's gross weekly salary was $908.50.

4. Attached as Exhibit "A" is a chart showing the hours worked by Plaintiff, the rate of pay, and the wages paid, including overtime pay, if any, for March 2006 through May 2007.

**VERIFICATION PAGE**

VERIFIED this 15 day of January, 2008.

STATE OF FLORIDA
COUNTY OF Seminole

The foregoing instrument was acknowledged before me this 15 day of January, 2008, by Scott Tyrrell who is personally known to me or has produced ____________ as identification and who **did** take an oath.

NOTARY PUBLIC - STATE OF FLORIDA
Karen Leigh Zarbo
Commission # DD620626
Expires: DEC. 06, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

(NOTARY SEAL)

Notary Public Signature

Karen L Zarbo
(Name typed, printed or stamped)

Notary Public, State of Florida
Commission No.: DD620626
My Commission Expires: 12/06/2010

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: rsmith@fisherlawfirm.com and Clerk@PantasLaw.com.

s/ Richard W. Smith
RICHARD W. SMITH, ESQUIRE
Florida Bar No. 0013943
Fisher, Rushmer, Werrenrath,
Dickson, Talley & Dunlap, P.A.
20 North Orange Avenue, Suite 1500
Post Office Box 712
Orlando, Florida 32802-0712
Telephone: (407) 843-2111
Facsimile: (407) 422-1080
Attorneys for Defendants
rsmith@fisherlawfirm.com

L:\RWS\Perry\PLEADING\Ver Sum.wpd

**EXHIBIT "A"**

| WEEK OF | PAY DATE | HOURS WORKED | WEEKLY GROSS SALARY |
|---|---|---|---|
| 03/19/06 | 03/24/06 | Salaried | $908.50 |
| 03/26/06 | 03/31/06 | Salaried | $908.50 |
| 04/02/06 | 04/07/06 | Salaried | $908.50 |
| 04/09/06 | 04/14/06 | Salaried | $908.50 |
| 04/16/06 | 04/20/06 | Salaried | $908.51 |
| 04/23/06 | 04/28/06 | Salaried | $908.49 |
| 04/30/06 | 05/05/06 | Salaried | $908.50 |
| 05/07/06 | 05/12/06 | Salaried | $908.51 |
| 05/14/06 | 05/19/06 | Salaried | $908.49 |
| 05/21/06 | 05/26/06 | Salaried | $908.50 |
| 05/28/06 | 06/02/06 | Salaried | $908.51 |
| 06/04/06 | 06/09/06 | Salaried | $908.49 |
| 06/11/06 | 06/16/06 | Salaried | $908.50 |
| 06/18/06 | 06/23/06 | Salaried | $908.51 |
| 06/25/06 | 06/30/06 | Salaried | $908.50 |
| 07/02/06 | 07/07/06 | Salaried | $908.49 |
| 07/09/06 | 07/14/06 | Salaried | $908.51 |
| 07/16/06 | 07/21/06 | Salaried | $908.50 |
| 07/23/06 | 07/28/06 | Salaried | $908.49 |
| 07/30/06 | 08/04/06 | Salaried | $908.51 |

**EXHIBIT "A"**

| WEEK OF | PAY DATE | HOURS WORKED | WEEKLY GROSS SALARY |
|---|---|---|---|
| 08/06/06 | 08/11/06 | Salaried | $908.50 |
| 08/13/06 | 08/18/06 | Salaried | $908.49 |
| 08/20/06 | 08/30/06 | Salaried | $908.50 |
| 08/27/06 | 09/01/06 | Salaried | $908.51 |
| 09/03/06 | 09/08/06 | Salaried | $908.50 |
| 09/10/06 | 09/15/06 | Salaried | $908.49 |
| 09/17/06 | 09/22/06 | Salaried | $908.51 |
| 09/24/06 | 09/29/06 | Salaried | $908.50 |
| 10/01/06 | 10/06/06 | Salaried | $908.49 |
| 10/08/06 | 10/13/06 | Salaried | $908.51 |
| 10/15/06 | 10/20/06 | Salaried | $908.50 |
| 10/22/06 | 10/27/06 | Salaried | $908.49 |
| 10/29/06 | 11/03/06 | Salaried | $908.51 |
| 11/05/06 | 11/10/06 | Salaried | $908.50 |
| 11/12/06 | 11/17/06 | Salaried | $908.50 |
| 11/19/06 | 11/22/06 | Salaried | $908.50 |
| 11/26/06 | 12/08/06 | Salaried | $908.50 |
| 12/03/06 | 12/08/06 | Salaried | $908.50 |
| 12/10/06 | 12/15/06 | Salaried | $908.50 |
| 12/17/06 | 12/21/06 | Salaried | $908.50 |

**EXHIBIT "A"**

| WEEK OF | PAY DATE | HOURS WORKED | WEEKLY GROSS SALARY |
|---|---|---|---|
| 12/24/06 | 0 | 0 | |
| 12/31/06 | 01/05/07 | Salaried | $337.85 |
| 01/07/07 | 01/12/07 | Salaried | $908.49 |
| 01/14/07 | 01/19/07 | Salaried | $908.51 |
| 01/21/07 | 01/26/07 | Salaried | $908.50 |
| 01/28/07 | 02/02/07 | Salaried | $908.49 |
| 02/04/07 | 02/09/07 | Salaried | $908.50 |
| 02/11/07 | 02/16/07 | Salaried | $908.51 |
| 02/18/07 | 02/23/07 | Salaried | $908.50 |
| 02/25/07 | 03/02/07 | Salaried | $908.49 |
| 03/04/07 | 03/09/07 | Salaried | $908.51 |
| 03/11/07 | 03/16/07 | Salaried | $908.50 |
| 03/18/07 | 03/23/07 | Salaried | $908.49 |
| 03/25/07 | 0 | 0 | 0 |
| 04/01/07 | 0 | 0 | 0 |
| 04/08/07 | 04/13/07 | Salaried | $908.51 |
| 04/15/07 | 04/20/07 | Salaried | $908.50 |
| 04/22/07 | 04/27/07 | Salaried | $908.49 |
| 04/29/07 | 05/04/07 | Salaried | $908.51 |