**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL PERRY,

    Plaintiff,

vs.                                                                                          CASE NO. 6:07-CV-1755-ORL-19KRS

MODERN HOMETECH, INC., and
SCOTT TYRRELL,

    Defendants.

_____

## ADMINISTRATIVE CLOSING ORDER PENDING
## RESOLUTION OF BANKRUPTCY PROCEEDINGS

This case was considered by the Court on Amended Notice of Suggestion of Bankruptcy (Doc. No. 34, filed April 28, 2009), Unopposed Motion for Stay of Proceedings (Doc. No. 35, filed April 30, 2009), and Suggestion of Bankruptcy (Doc. No. 36, filed May 21, 2009).

Upon consideration, the Unopposed Motion for Stay of Proceedings (Doc. No. 35) is **GRANTED,** and the Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case pending resolution of the bankruptcy proceedings. Plaintiff shall file a status report with the Court **within ninety (90) days** from the date of this Order, and **every ninety (90) days** thereafter, advising the Court what, if any, further proceedings are requested in this forum and the status of the bankruptcy proceedings. Failure to comply with this Order may result in dismissal of this case without further notice.

      **DONE AND ORDERED** at Orlando, Florida, this   27th   day of May, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record